UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Criminal No. 08-09 |
| QUAMEEN WILLIAMS | : | |

**ORDER**

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant Quameen Williams (Candace Hom, Esq., AFPD, appearing) and a Petition for a violation of Supervised Release having been filed by the United States Probation Department, and a hearing having been held on July 15, 2011 at which the defendant pleaded guilty to Violation Number 3 contained in the Petition, and the defendant having appeared for sentence upon his guilty plea on October 11, 2011,

IT IS, therefore, on this 20th day of October, 2011

ORDERED that the defendant is hereby sentenced to be restored to supervised release;

IT IS FURTHER ORDERED, that all the conditions set forth in the Court's original sentence as pronounced March 23, 2009 shall continue to apply to the defendant.

_____
HON. KATHERINE S. HAYDEN
United States District Judge