2004R00397
RF/gr

PAUL J. FISHMAN
United States Attorney
BY: ROBERT FRAZER
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-2897

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br>v.<br><br>RASHEEM SMALL,<br>a/k/a "Roscoe,"<br>a/k/a "Sheem,"<br>ABDULLAH MEYERS,<br>a/k/a "Rock,"<br>EDWARD GILBERT,<br>a/k/a "Dooney,"<br>a/k/a "Doon,"<br>DONVAE BARNES,<br>a/k/a "Devoe,"<br>LUIS ESTEVEZ,<br>a/k/a "Lou,"<br>SHAWN JOHNSON,<br>a/k/a "SJ,"<br>ORINE WILLINGHAM,<br>a/k/a "Dump,"<br>QUAMEEM WILLIAMS,<br>a/k/a "Qua,"<br>DOMINICK PARDO, and<br>MICHELLE DAVIS<br><br>*Defendants.* | Honorable Katharine S. Hayden, U.S.D.J.<br><br>Criminal No. 08-09 (KSH)<br><br>FINAL ORDER OF FORFEITURE |

**WHEREAS**, on or about January 3, 2008, the United States filed an

Indictment, Criminal No. 08-09, charging, among others, Rasheem Small,

a/k/a "Roscoe," a/k/a "Sheem," and Abdullah Meyers, a/k/a "Rock," with Conspiracy to Possess and Distribute one kilogram or more of heroin, in violation of 21 U.S.C. § 846, and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h); and

**WHEREAS,** pursuant to 21 U.S.C. § 853, a person convicted of an offense in violation of 21 U.S.C. § 846 shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of the offense, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of that offense; and

**WHEREAS,** pursuant to 18 U.S.C. § 982, a person convicted of an offense in violation of 18 U.S.C. § 1956 shall forfeit to the United States all right, title and interest in any and all property involved in the offense and all property traceable to such property; and

**WHEREAS,** on or about May 28, 2008, Abdullah Meyers pled guilty to Counts One and Two of the Indictment, which charged him with conspiring and agreeing with others to distribute and possess with intent to distribute one kilogram or more of heroin, contrary to 21 U.S.C. §§ 841(a) and (b)(1)(A), in violation of 21 U.S.C. § 846, and with conspiring and agreeing with others to launder proceeds of narcotics transactions, contrary to 18 U.S.C. § 1956(a), in violation of 18 U.S.C. § 1956(h); and

**WHEREAS**, on or about May 28, 2008, the United States and Abdullah Meyers entered into a plea agreement wherein he agreed, among other things, to the forfeiture of all items listed in Schedule B of the Plea Agreement, namely:

1) 2005 Porsche Cayenne SUV, VIN# WP1AA29P25LA21515;

2) 2005 Ford F350 Truck, VIN# 1FTWW32P05EC19104;

3) 2007 Jeep Grand Cherokee, VIN# 1J8HR78357C504058;

4) 2005 Chevrolet Express Van, VIN# 1GBFG15T751126960;

5) 2006 Custom Trailer, VIN# HMDNK2006105;

6) 2006 Bourgets Fat Daddy Motorcycle;

7) 2001 Yamaha YFZ350 ATV, VIN# JY43GG0311C020641;

8) 1998 Chevrolet Venture Caravan, VIN# 1GNDX03E8WD219351;

9) 1997 Dodge Ram 2500, VIN# 3B7KF23DXVM513486;

10) 1996 Interstate Trailer, VIN# 1UK500P20T1018618;

11) Pre-fabricated race car described under DEA forfeiture No. 08-DEA- 492832;

12) 2005 Chevrolet Express, VIN#1GBFH15T151269030;

13) 2008 Land Rover Range Rover, VIN# SALMF15498A264656;

14) 2006 Pontiac GTO, VIN# 6G2VX12U66L546467;

15) $176,499.00 U.S. Currency;

16) $11,245.00 U.S. Currency;

17) $7,908.62 U.S. Currency;

18) 114-116 Badger Avenue, Newark, New Jersey, being a warehouse with a beige stucco facade and two plaques embossed with the numbers "114" and "116" in brass colored letters on two single entrance doors, respectively, with peach colored trim located on either side of a large bay door located at Block 2664, Lot 42 & 43 of the Municipality of Newark, New Jersey, Deed Book 5940, Page 865;

19) 118 Badger Avenue, Newark, New Jersey, being a three-story multi-family home with a faux stone and light blue vinyl siding facade and a flat roof. The front door is a white single entrance door which rests underneath a small pitched roof porch. A black wrought iron railing borders the stairs leading to the front door, and the entire property directly abuts 116 Badger Avenue, Newark, New Jersey, with no space between properties. In the rear of the property, each level contains one single entrance white door. Access to each level can be gained via a single wooden stairway, located at Block 2664, Lot 41 of the Municipality of Newark, New Jersey, Deed Book 6349, Page 204;

20) 201 Dietz Street, Cranford, New Jersey, a two-story single family home with a beige brick front and grey vinyl siding on the sides and back. The front door, which is centered on the front portion of the house stands under an arched gable supported by two white columns. The front door is a light wood color and stands directly underneath an arched glass window. The window trim on the front windows is a dark brown color, and the front yard is professionally landscaped. The rear of the house has three (3) single garage doors which are dark brown in color, located at Block 570, Lot 9 of the Municipality of Cranford, New Jersey. Deed Book 5517, Page 565;

21) 47-51 Montrose Terrace, Irvington, New Jersey, a two story multi-family home with yellow vinyl siding and white trim. The front door is a white single entrance door which bears the number "51" in dark characters. Access to the front door can be gained via a wooden stairway. The lot directly to the left of the property (viewed from Montrose Place) is an empty lot surrounded by a wooden stockade fence. The lot may be accessed via a chain link double gate which abuts to the wooden stairway leading to the front door of 51 Montrose Place, located at Block 126, Lot 6 & 7 of the Municipality of Irvington, Deed Book 6352, Page 701;

22) Assorted Jewelry as more fully described in Exhibit 1;

23) Assorted Furs as described under DEA Forfeiture No. 08-DEA-494136;

24) Assorted Electronic Equipment:

    A) AKAI LCT 2060- #C0A060500133
        Wall Mount- Omni Mount 75/100CL

    B) AKAI LCT 2060- #C0A060500384
        Wall Mount- Omni Mount 75/100CL

    C) AKAI LCT 2060- #C0A060400125
        Wall Mount- Omni Mount 75/100CL

    D) SAMSUNG LT-P1745S- #AA1Y3CHX701380E

    E) ADVENT LC-15Y26- #246A0LC15Y26000644
        Wall Mount- Sanus Systems #VM2

    F) ADVENT LC-15Y26- #22680LC15Y26018201

    G) TECH VIEW PTSW4200- #040949374

    H) SONY KDF55WF65S- #9005794

    I) SAMSUNG HL-P5663W- #391E3CFX900082L

    J) SYLVANIA 6632- #R13611034   Wall Mount- Sanus Systems

    K) HP EN632AA Computer Monitor- #CNN6190HSM

    L) ADVENT LC-15Y26- #26680LC15Y26024759

    M) HP OFFICEJET PRO L7680 All in One Printer #MY76J5416F
        Model #SNPRC-0602-01

    N) LG 50PX1DH- # 511KCXM1Y554

    O) LG 50PX1DH- # 511KCTB1Y593

25) Glock .45 Caliber Handgun, Serial No. EWT413

26) Desert Eagle .50 Caliber Handgun, Serial No. 36200365; and

27) Glock .40 Caliber Handgun, Serial No. AAC0721,

pursuant to the provisions of 21 U.S.C. § 853 and 18 U.S.C. § 982; and

**WHEREAS**, on or about June 30, 2008, Rasheem Small pled guilty to Counts One and Two of the Indictment, which charged him with conspiring and agreeing with others to distribute and possess with intent to distribute one kilogram or more of heroin, contrary to 21 U.S.C. § 841(a) and (b)(1)(A), in violation of 21 U.S.C. § 846 and with conspiring and agreeing with others to launder proceeds of narcotics transactions, contrary to 18 U.S.C. § 1956(a), in violation of 18 U.S.C. § 1956(h); and

**WHEREAS**, on or about June 30, 2008, the United States and Rasheem Small entered into a plea agreement wherein he also agreed, among other things, to the forfeiture of all of the items listed above in Schedule B of the Plea Agreement, pursuant to the provisions of 21 U.S.C. § 853 and 18 U.S.C. § 982; and

**WHEREAS**, on or about May 19, 2009, a Final Order of Forfeiture was entered in <u>United States v. Assorted Jewelry, Items 1-43 of Attached Exhibit A</u>, Civil Action No. 08-cv-2507(KSH), thereby forfeiting the 43 pieces of assorted jewelry (identified above in paragraph 22); and

**WHEREAS**, on or about January 6, 2010, pursuant to the Consent Judgment and Final Order of Forfeiture in <u>United States v. One Green 1997</u>

<u>Dodge Ram 2500 Pickup, VIN:3B7KF23DXVM513486, et al.</u>, Civil Action No. 09-12 (KSH), the United States returned one 2006 Custom Trailer, VIN# HMDNK2006105, and one 1997 Dodge Ram 2500, VIN# 3B7KF23DXVM513486 to claimant Teeshon Small and forfeited $7,908.62 in United States currency (identified above in paragraph 17); and

**WHEREAS**, the following properties have been administratively forfeited:

a) 2005 Porsche Cayenne SUV, VIN# WP1AA29P25LA21515;

b) 2007 Jeep Grand Cherokee, VIN# 1J8HR78357C504058;

c) 2005 Chevrolet Express Van, VIN# 1GBFG15T751126960;

d) 2006 Custom Trailer, VIN# HMDNK2006105;

e) 2006 Bourgets Fat Daddy Motorcycle;

f) 2001 Yamaha YFZ350 ATV, VIN# JY43GG0311C020641;

g) 1998 Chevrolet Venture Caravan, VIN# 1GNDX03E8WD219351;

h) 2005 Chevrolet Express, VIN#1GBFH15T151269030;

i) 2008 Land Rover Range Rover, VIN# SALMF15498A264656;

j) 2006 Pontiac GTO, VIN# 6G2VX12U66L546467;

k) $176,499.00 U.S. Currency;

l) $11,245.00 U.S. Currency;

m) Assorted Furs;

n) Glock .45 Caliber Handgun, Serial No. EWT413;

o) Desert Eagle .50 Caliber Handgun, Serial No. 36200365; and

p) Glock .40 Caliber Handgun, Serial No. AAC0721; and

**WHEREAS**, having concluded that in consideration of mortgages, liens, fees, associated costs and pending foreclosure proceedings that there was no value or equity in the properties, the United States released the following properties to their mortgagees: 47-51 Montrose Terrace, Irvington, New Jersey, (identified above in paragraph 21), and 201 Dietz Street, Cranford, New Jersey, (identified above in paragraph 20); and

**WHEREAS**, in consideration of mortgages, liens, fees and pending foreclosure proceedings, there is no value or equity in the real properties known as 114-116 Badger Avenue, Newark, New Jersey, (identified above in paragraph 18) and 118 Badger Avenue, Newark, New Jersey, (identified above in paragraph 19); and

**WHEREAS**, based on the lien holder interests set forth in the Lien Holder Petition the United States returned one black 2005 Ford F350 Truck, Vehicle Identification No.: 1FTWW32P05EC19104, to the lien holder (identified above in paragraph 2); and

**WHEREAS**, based on ownership issues, the United States returned one 1996 Interstate Trailer, VIN:1UK500P20T1018618, and one Prefabricated Race car to the titled owner (identified above in paragraphs 10 and 11); and

**WHEREAS**, by virtue of the above, the United States is now entitled to possession of the following Assorted Electronic Equipment (identified above in paragraph 24 (A-O)) consisting of:

(1) One LG 50PX1DH (Serial Number: 511KCXM1Y554);

(2) One LG 50PX1DH (Serial Number: 511KCTB1Y593);

(3) One AKAI LCT 2060 w/wall mount (Serial Number: C0A060500133);

(4) One AKAI LCT 2060 w/wall mount (Serial Number: C0A060500384);

(5) One AKAI LCT 2060 w/wall mount (Serial Number: C0A060400125);

(6) One Samsung LT-P1745S (Serial Number: AA1Y3CHX701380E);

(7) One Advent LC-15Y26 w/wall mount (Serial Number: 246A0LC15Y26000644);

(8) One Advent LC-15Y26 (Serial Number:22680LC15Y26018201);

(9) One Advent LC-15Y26 (Serial Number:26680LC15Y26024759);

(10) One Tech View PTSW4200 (Serial Number:040949374);

(11) One Sony KDF55WF65S (Serial Number: 9005794);

(12) One Samsung HL-P5663W (Serial Number: 391E3CFX900082L);

(13) One Sylvania 6632 w/wall mount (Serial Number: R13611034);

(14) One Hewlett Packard EN632AA computer monitor (Serial Number: CNN6190HSM);

(15) One Hewlett Packard Officejet Pro L7680 All-In-One Printer (Serial Number: SNPRC-0602-01); (collectively the "Property") and

**WHEREAS**, pursuant to 21 U.S.C. § 853(n)(1), a Notice of Forfeiture with respect to the Property was posted on an official government internet site, namely www.forfeiture.gov, beginning on May 28, 2009, and running for thirty consecutive days through June 26, 2009, and July 30, 2009, and running for thirty consecutive days through August 28, 2009 (*See* Declaration of Publication at Exhibit A); and

**WHEREAS**, no claims have been filed on the Property within the time permitted; and

**WHEREAS** good and sufficient cause has been shown,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

**THAT** a Final Order of Forfeiture is entered against Assorted Electronic Equipment consisting of:

(1) One LG 50PX1DH (Serial Number: 511KCXM1Y554);

(2) One LG 50PX1DH (Serial Number: 511KCTB1Y593);

(3) One AKAI LCT 2060 w/wall mount (Serial Number: C0A060500133);

(4) One AKAI LCT 2060 w/wall mount (Serial Number: C0A060500384);

(5) One AKAI LCT 2060 w/wall mount (Serial Number: C0A060400125);

(6) One Samsung LT-P1745S (Serial Number: AA1Y3CHX701380E);

(7) One Advent LC-15Y26 w/wall mount (Serial Number: 246A0LC15Y26000644);

(8) One Advent LC-15Y26 (Serial Number:22680LC15Y26018201);

(9) One Advent LC-15Y26 (Serial Number:26680LC15Y26024759);

(10) One Tech View PTSW4200 (Serial Number:040949374);

(11) One Sony KDF55WF65S (Serial Number: 9005794);

(12) One Samsung HL-P5663W (Serial Number: 391E3CFX900082L);

(13) One Sylvania 6632 w/wall mount (Serial Number: R13611034);

(14) One Hewlett Packard EN632AA computer monitor (Serial Number: CNN6190HSM); and

(15) One Hewlett Packard Officejet Pro L7680 All-In-One Printer (Serial Number: SNPRC-0602-01) and

no right, title, or interest shall exist in any other party; and

**THAT** upon entry of this Final Order of Forfeiture, the United States shall record a Release of Lis Pendens on each of the real properties known as 114-116 Badger Avenue, Newark, New Jersey, (identified above in paragraph 17 of ) and 118 Badger Avenue, Newark, New Jersey, (identified above in paragraph 19); and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents, and certificates of deposits, as well as any income derived as a result of the United States Marshals Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Asset Forfeiture Fund, in accordance with the law; and

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e) and 21 U.S.C. § 853(p); and

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 15th day of Feb , 2012.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CRIMINAL DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
        v. ) 08-0009
Rasheem Small, et al. )
        Defendant. )

## DECLARATION OF PUBLICATION

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 28, 2009 and ending on June 26, 2009. (See, Attachment 1.)

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 15, 2009 at Newark, NJ.

                                            George Reed
                                            Paralegal

Attachment 1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY, CRIMINAL DIVISION
## COURT CASE NUMBER: 08-0009; NOTICE OF FORFEITURE

Notice is hereby given that on April 22, 2009, in the case of <u>U.S. v. Rasheem Small, et al.</u>, Court Case Number 08-0009, the United States District Court for the District of New Jersey entered an Order condemning and forfeiting the following property to the United States of America:

    114-116 Badger Avenue, Newark, NJ 07102 (08-DEA-494007), Parcel # 42/2664

    118 Badger Avenue, Newark, NJ 07102 (08-DEA-494051), Parcel # 41/2664

    201 Dietz Street, Cranford, NJ 07016 (08-DEA-494059), Parcel # 9/570

    Assorted Electronic Equipment Ser No: See Items List (08-DEA-494228), including the following items: 1 LG 50PX1DH, Ser No: 511KCXM1Y554; 1 LG 50PX1DH, Ser No: 511KCTB1Y593; which was seized from Rasheem D. Small aka Rasheem Smalls on December 05, 2007 at 190 Lewis Street Apt 315, located in Rahway, NJ

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (May 28, 2009) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, Martin Luther King Federal Building & U.S. Courthouse, 50 Walnut Street, Room 4105, Newark, NJ 07101-0419, and a copy served upon Assistant United States Attorney Robert Frazer, 970 Broad Street,, Suite 700, Newark, NJ 07102. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 28, 2009 and June 26, 2009. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Rasheem Small, et al.

**Court Case No:** 08-0009
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/28/2009 | 23.5 | Verified |
| 2 | 05/29/2009 | 23.4 | Verified |
| 3 | 05/30/2009 | 23.5 | Verified |
| 4 | 05/31/2009 | 23.5 | Verified |
| 5 | 06/01/2009 | 23.4 | Verified |
| 6 | 06/02/2009 | 23.5 | Verified |
| 7 | 06/03/2009 | 23.5 | Verified |
| 8 | 06/04/2009 | 23.5 | Verified |
| 9 | 06/05/2009 | 23.5 | Verified |
| 10 | 06/06/2009 | 23.5 | Verified |
| 11 | 06/07/2009 | 23.5 | Verified |
| 12 | 06/08/2009 | 23.3 | Verified |
| 13 | 06/09/2009 | 23.5 | Verified |
| 14 | 06/10/2009 | 23.5 | Verified |
| 15 | 06/11/2009 | 23.5 | Verified |
| 16 | 06/12/2009 | 23.5 | Verified |
| 17 | 06/13/2009 | 23.4 | Verified |
| 18 | 06/14/2009 | 23.5 | Verified |
| 19 | 06/15/2009 | 23.5 | Verified |
| 20 | 06/16/2009 | 23.5 | Verified |
| 21 | 06/17/2009 | 23.5 | Verified |
| 22 | 06/18/2009 | 23.5 | Verified |
| 23 | 06/19/2009 | 23.5 | Verified |
| 24 | 06/20/2009 | 23.5 | Verified |
| 25 | 06/21/2009 | 23.5 | Verified |
| 26 | 06/22/2009 | 23.5 | Verified |
| 27 | 06/23/2009 | 23.5 | Verified |
| 28 | 06/24/2009 | 23.5 | Verified |
| 29 | 06/25/2009 | 23.5 | Verified |
| 30 | 06/26/2009 | 23.5 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>        v. )<br>Rasheem Smalls )<br>        Defendant. ) | 08-009 |

DECLARATION OF PUBLICATION

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 30, 2009 and ending on August 28, 2009. (See, Attachment 1.)

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 15, 2009 at Newark, NJ.

*George Reed*
George Reed
Paralegal Specialist

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY, CRIMINAL DIVISION
# COURT CASE NUMBER: 08-009; NOTICE OF FORFEITURE

Notice is hereby given that on April 23, 2009, in the case of U.S. v. Rasheem Smalls, Court Case Number 08-009, the United States District Court for the District of New Jersey entered an Order condemning and forfeiting the following property to the United States of America:

Assorted Electronic Equipment Ser No: See Items List (08-DEA-494232), including the following items:1 AKAI LCT2060 with wall mount, Ser No: C0A060500365;1 AKAI LCT2060 with wall mount, Ser No: C0A060500133;1 AKAI LCT2060 with wall mount, Ser No: C0A060500384;1 AKAI LCT2060 with wall mount, Ser No: C0A060400125;1 Samsung LT-P1745S, Ser No: AA1Y3CHX701380E;1 ADVENT LC-15Y26 with wall mount, Ser No: 246A0LC15Y26000644;1 ADVENT LC-15Y26, Ser No: 22680LC15Y26018201;1 Tech View PTSW4200, Ser No: 040949374;1 SONY KDF55WF655, Ser No: 9005794;1 SAMSUNG HL-P5663W, Ser No: 391E3CFX900082L;1 SYLVANIA 6632 with wall mount, Ser No: R13611034;1 HP EN632AA Computer Monitor, Ser No: CNN6190HSM;1 ADVENT LC-15Y26, Ser No: 26680LC15Y26024759;1 HP OFFICEJET PRO L7680 ALL IN ONE PRINTER MY76J541 6F, Ser No: SNPRC-0602-01; which was seized from Rasheem D. Small aka Rasheem Smalls on December 05, 2007 at 114-116 Badger Avenue, located in Newark, NJ

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (July 30, 2009) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, Martin Luther King Federal Building & U.S. Courthouse, 50 Walnut Street, Room 4105, Newark, NJ 07101-0419, and a copy served upon Assistant United States Attorney Robert Frazer, 970 Broad Street,, Suite 700, Newark, NJ 07102. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between July 30, 2009 and August 28, 2009. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Rasheem Smalls

**Court Case No:** 08-009
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 07/30/2009 | 23.5 | Verified |
| 2 | 07/31/2009 | 23.5 | Verified |
| 3 | 08/01/2009 | 22.5 | Verified |
| 4 | 08/02/2009 | 22.5 | Verified |
| 5 | 08/03/2009 | 23.5 | Verified |
| 6 | 08/04/2009 | 23.5 | Verified |
| 7 | 08/05/2009 | 23.4 | Verified |
| 8 | 08/06/2009 | 23.5 | Verified |
| 9 | 08/07/2009 | 23.4 | Verified |
| 10 | 08/08/2009 | 23.5 | Verified |
| 11 | 08/09/2009 | 23.5 | Verified |
| 12 | 08/10/2009 | 23.5 | Verified |
| 13 | 08/11/2009 | 23.5 | Verified |
| 14 | 08/12/2009 | 23.5 | Verified |
| 15 | 08/13/2009 | 23.5 | Verified |
| 16 | 08/14/2009 | 23.5 | Verified |
| 17 | 08/15/2009 | 23.5 | Verified |
| 18 | 08/16/2009 | 23.5 | Verified |
| 19 | 08/17/2009 | 23.5 | Verified |
| 20 | 08/18/2009 | 23.5 | Verified |
| 21 | 08/19/2009 | 23.6 | Verified |
| 22 | 08/20/2009 | 23.6 | Verified |
| 23 | 08/21/2009 | 23.5 | Verified |
| 24 | 08/22/2009 | 23.5 | Verified |
| 25 | 08/23/2009 | 23.6 | Verified |
| 26 | 08/24/2009 | 23.5 | Verified |
| 27 | 08/25/2009 | 23.6 | Verified |
| 28 | 08/26/2009 | 23.5 | Verified |
| 29 | 08/27/2009 | 23.5 | Verified |
| 30 | 08/28/2009 | 23.5 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.