# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America

        Plaintiff(s)

  vs.

Quameen Williams

        Defendant(s)

Criminal No. 08-09 (KSH)

**ORDER OF DETENTION**

The United States Marshal Service is directed to take defendant Quameen Williams into custody. Supervised release previously set is hereby vacated.

SO ORDERED

_____
KATHARINE S. HAYDEN     U.S.D.J.

Date: 5/2/12