## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

United States of America					Criminal # 08-09  (KSH)

   v.

Quameen Williams					**ORDER**


The financial inability of Defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 2nd day of May, 2012

ORDERED that Candice Hom, AFPD from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent the defendant in the cause until further order of the Court.

/s/ Katharine S. Hayden

KATHARINE S. HAYDEN
United States District Judge