UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | |
| | : | Criminal No. 08-09 |
| QUAMEEN WILLIAMS | : | |

**ORDER**

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant Quameen Williams (Candace Hom, Esq., AFPD, appearing) and a Petition for a violation of Supervised Release having been filed by the United States Probation Department, and a hearing having been held at which the defendant pleaded guilty to a violation of supervised release in the Petition, and the defendant having appeared for sentence upon his guilty plea,

IT IS, therefore, on this 30th day of July, 2012

ORDERED that the defendant is hereby sentenced to three months in jail;

IT IS FURTHER ORDERED, that the defendant's previously ordered term of supervised release is hereby terminated upon his release from jail on this sentence.

/s/Katharine S. Hayden

KATHARINE S. HAYDEN, USDJ