UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | |
| | : | Criminal No. 08-09 |
| QUAMEEN WILLIAMS | : | |

**AMENDED ORDER**

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant Quameen Williams (Candace Hom, Esq., AFPD, appearing) and a Petition for a violation of Supervised Release having been filed by the United States Probation Department, and a hearing having been held at which the defendant pleaded guilty to a violation of supervised release in the Petition, and the defendant having appeared for sentence upon his guilty plea,

IT IS, therefore, on this 3rd day of August, 2012

ORDERED that the defendant is hereby sentenced to six months incarceration, three of which to be served in jail and three of which to be served in a halfway house; It is further,

ORDERED, that the defendant is hereby placed on supervised release for two years upon his release on this sentence.

/s/ Katharine S. Hayden

KATHARINE S. HAYDEN
United States District Judge